**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TAREK A. REED, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   03-2657 (RMU) |
| | : | |
| v. | : | Re Document. No.:   41 |
| | : | |
| ISLAMIC REPUBLIC OF IRAN *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER

### GRANTING IN PART AND DENYING IN PART THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 28th day of February, 2012, it is hereby

**ORDERED** that the plaintiff's motion for default judgment is **GRANTED in part and DENIED in part.**

**SO ORDERED**.

                                                            RICARDO M. URBINA
                                                            United States District Judge